**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| THE STATE OF OREGON; THE STATE OF ARIZONA; THE STATE OF CALIFORNIA; THE STATE OF COLORADO; THE STATE OF CONNECTICUT; THE STATE OF DELAWARE; THE STATE OF HAWAIʻI; THE STATE OF ILLINOIS; THE OFFICE OF THE GOVERNOR ex rel. Andy Beshear, in his official capacity as Governor of the Commonwealth of Kentucky; THE STATE OF MAINE; THE STATE OF MARYLAND; THE COMMONWEALTH OF MASSACHUSETTS; THE STATE OF MICHIGAN; THE STATE OF MINNESOTA; THE STATE OF NEVADA; THE STATE OF NEW JERSEY; THE STATE OF NEW MEXICO; THE STATE OF NEW YORK; THE STATE OF NORTH CAROLINA; JOSH SHAPIRO, in his official capacity as Governor of the COMMONWEALTH OF PENNSYLVANIA; THE STATE OF RHODE ISLAND; THE STATE OF VERMONT; THE COMMONWEALTH OF VIRGINIA; THE STATE OF WASHINGTON; and THE STATE OF WISCONSIN, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as the President of the United States; THE UNITED STATES; JAMIESON GREER, in his official capacity as United States Trade Representative; THE OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE; RODNEY S. SCOTT, in his official capacity as the Commissioner for U.S. Customs and Border Protection; U.S. CUSTOMS AND BORDER PROTECTION, <br><br> Defendants. | Court No. 26-03467 |

**ORDER OF ASSIGNMENT**

Pursuant to 28 U.S.C. §§ 253(c) and 255 and Rule 77(e) of the Rules of this Court, the above-entitled action is assigned to a three-judge panel consisting of Judge Jennifer Choe-Groves, Judge Timothy M. Reif, and Judge Lisa W. Wang.

Dated: August 5, 2026             <u>/s Mark A. Barnett</u>
                                                Chief Judge